| | | | |
|---|---|---|---|
| N.K. v. G.M. | 453 WDA 2016<br>Affirmed | 09/14/2016 | 12642–2014<br>(Erie) |
| Investors Commercial Capital v. Unknown Heirs | 1565 EDA 2015<br>Affirmed | 09/15/2016 | May Term, 2012 No. 001837<br>(Philadelphia) |
| Investors Commerical Capital, LLC v. Kopaz | 1886 EDA 2015<br>Affirmed | 09/15/2016 | May Term, 2012 No. 01837<br>(Philadelphia) |
| M.O. v. F.W.M. [18] | 1981 EDA 2015<br>Affirmed | 09/15/2016 | 2007–61401<br>(Bucks) |
| Bank of New York v. Davis | 2073 EDA 2015<br>Affirmed | 09/15/2016 | 09791 May Term 2014<br>(Montgomery) |
| Com. v. Tolentino | 2752 EDA 2015<br>Affirmed | 09/15/2016 | CP–51–CR–0000018–2009<br>(Philadelphia) |
| Com. v. James | 2865 EDA 2015<br>Affirmed | 09/15/2016 | CP–51–CR–0008145–2014<br>(Philadelphia) |
| Com. v. Goudy | 1676 MDA 2015<br>Affirmed | 09/15/2016 | CP–36–CR–0000622–2009<br>(Lancaster) |
| Com. v. Holton | 1756 MDA 2015<br>Affirmed | 09/15/2016 | CP–22–CR–0001297–2011<br>(Dauphin) |
| Com. v. Diaz–Perdomo | 2116 MDA 2015<br>Reversed,<br>Vacated and<br>Remanded | 09/15/2016 | CP–38–CR–0001103–2012<br>(Lebanon) |
| Com. v. Girardi | 364 MDA 2016<br>Affirmed | 09/15/2016 | CP–41–CR–0001977–2014<br>(Lycoming) |
| In the Interest of L.A.; Appeal of H.A. | 621 MDA 2016<br>Affirmed | 09/15/2016 | CP–21–DP–0000012–2015<br>(Cumberland) |
| In re Adoption of L.A.; Appeal of H.A. | 622 MDA 2016<br>Affirmed | 09/15/2016 | 14 Adoptions 2016<br>(Cumberland) |
| Brian v. Springfield [19] | 1145 WDA 2015<br>Affirmed | 09/15/2016 | GD 10 023917<br>(Allegheny) |
| Com. v. Muzzy | 1215 WDA 2015<br>Affirmed | 09/15/2016 | CP–62–CR–0000043–2013<br>(Warren) |
| Com. v. Bracken | 1373 WDA 2015<br>Reversed and<br>Remanded | 09/15/2016 | CP–65–CR–0000730–2012<br>(Westmoreland) |
| Com. v. Duncan | 1772 WDA 2015<br>Affirmed | 09/15/2016 | CP–03–CR–0000601–2012<br>(Armstrong) |

18.  Petition for reargument denied October 28, 2016.
19.  Petition for reargument denied November 23, 2016.